188 F.2d 161
 MOON LAKE ELECTRIC ASSOCIATION, a Corporation,
v.
NATIONAL METAL & STEEL CORPORATION, a Corporation.
 No. 4216.
 United States Court of Appeals Tenth Circuit.
 March 6, 1951.
 
 Appeal from the United States District Court for the District of Utah.
 Riter, Cowan, Henriod & Finlinson, Salt Lake City, Utah, and George E. Stewart, Roosevelt, Utah, for appellant.
 Ray, Quinney & Nebeker, Salt Lake City, Utah, for appellee.
 Before PHILLIPS, Chief Judge, and KNOUS, District Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed March 6, 1951, pursuant to stipulation of the parties.